USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 1/5/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PAUL BASHAN a/k/a Paul Bond,  :

        Plaintiff,  :

    -against-  :

SEBA INTERNATIONAL, LLC, ROBERT M.  :
IOMMAZZO & KATHRYN E. BULLIS TRANI,

        Defendants.  :
------------------------------------x

09 Civ. 10154 (SHS) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

    This case has been referred to me by Judge Stein for general pretrial purposes.

    The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

    As soon as defendant has responded to the complaint or counsel for defendant has appeared, whichever first occurs, the parties shall call my secretary (at 212-805-0036) to schedule the Initial Pretrial Conference.

    Plaintiff is to serve this Order on defendant or defendant's counsel.

    The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

              * * *

The basis for federal jurisdiction is diversity. However, plaintiff is a member of defendant SeBA, a LLC. Plaintiff is to address, by January 19, 2010, whether his membership in the LLC prevents there being complete diversity.

SO ORDERED.

DATED: New York, New York
January 5, 2010

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to: Alfred E. Smith, Esq.
Judge Sidney H. Stein

C:\ORD\Referral Notice